UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION and
PEOPLE OF THE STATE OF NEW
YORK,

                          Plaintiffs,

        v.

NATIONAL CHECK REGISTRY, LLC,
et al.,

                          Defendants.

**DECISION AND ORDER**
14-CV-490-A

---

This action was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) the conduct of pretrial proceedings.  On June 6, 2016, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 116) recommending that the Receiver's motion for approval of final distribution (Dkt. No. 109) be modified as proposed by the Receiver, and that the motion then be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the Receiver's motion for approval of final distribution, as modified, is granted as set forth in the Report and Recommendation.

The Clerk of Court shall administratively close the case subject to the

retention of jurisdiction in paragraph XIII of the Stipulation to Enter into a Final Order of Permanent Injunction and Settlement of Claims, Dkt. No. 91, and subject to the parties having a right to re-open for a period of 145 days upon a showing of good cause regarding completion of case-closing tasks referenced in the June 6, 2016 Report and Recommendation.

**IT IS SO ORDERED.**

                        *Richard J. Arcara*
                       HONORABLE RICHARD J. ARCARA
                       UNITED STATES DISTRICT COURT

Dated:   July 15, 2016